**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**



FILED

JAN 1 9 2023

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **CHARLES BURCHELL,** <br><br> Defendant. | CR 23- 03 -BLG-SPW <br><br> **INDICTMENT** <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 1)** <br> Title 21 U.S.C. § 841(a)(1) <br> (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) <br><br> **DISTRIBUTION OF METHAMPHETAMINE (Count 2)** <br> Title 21 U.S.C. § 841(a)(1) <br> (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

|  | **PROHIBITED PERSON IN POSSESSION OF FIREARM (Count 3)**<br>**Title 18 U.S.C. § 922(g)(3)**<br>**(Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**DEALING IN FIREARMS WITHOUT A LICENSE (Count 4)**<br>**Title 18 U.S.C. § 922(a)(1)(A)**<br>**(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release)**<br><br>**CRIMINAL FORFEITURE**<br>**Title 21 U.S.C. § 853(a)(1) and (2)**<br>**Title 18 U.S.C. § 924(d)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in approximately September 2022, and continuing until in and around October 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHARLES BURCHELL, knowingly and unlawfully possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2

That in or about September 27, 2022, at Billings within Yellowstone County, in the State and District of Montana, the defendant, CHARLES BURCHELL,

2

knowingly distributed five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3

That on or about October 18, 2022, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, CHARLES BURCHELL, knowing he was an unlawful user and addicted to a controlled substance, as defined in 21 U.S.C. § 802, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(3).

## COUNT 4

That between approximately August 2022 and October 2022, at Billings, within Yellowstone County, and elsewhere, in the State and District of Montana, the defendant, CHARLES BURCHELL, willfully engaged in the business of dealing in firearms without being a licensed dealer of firearms, in violation of 18 U.S.C. § 922(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in Counts 1 and 2 of this indictment, the defendant, CHARLES BURCHELL , shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said

3

offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense.

Upon conviction of either of the offenses set forth in Counts 3 and 4 of this indictment, the defendant, CHARLES BURCHELL, shall forfeit, pursuant to 18 U.S.C. § 924(d), any ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

_____
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney